**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CIVIL DIVISION**
**CASE NO. 5:08-CV-00495-KSF**

**MW UNIVERSAL, INC.**                                                                    **PLAINTIFF**

**V.**                                    **CIVL RULE 7.1 COMPLIANCE**

**G5 CAPITAL PARTNERS, LLC**                                            **DEFENDANT**

\* \* \* \* \*

Comes the Defendant, G5 Capital Partners, LLC, by and through counsel, and for its Civil Rule 7.1 Compliance states as follows:

Communication Alliance Corporation, a New York corporation, is the parent corporation of Defendant. No publicly held corporation owns more than 10% of Defendant's stock.

                                                 Respectfully submitted,

                                                 /s/ D. Eric Lycan
                                                 Bowling, Johnson & Lycan, PLLC
                                                 1010 Monarch Street, Suite 250
                                                 Lexington, Kentucky 40513
                                                 Telephone: (859) 255-7080
                                                 Fax: (859) 255-6903
                                                 Email: elycan@insightbb.com

**CERTIFICATE OF SERVICE**

On February 20, 2009, I electronically filed this document through the ECF system, which will send a notice of electronic filing to:

J. Ross Stinetorf
Bullock & Coffman, LLP
234 North Limestone
Lexington, Kentucky 40507


/s/ D. Eric Lycan
Counsel for Defendant