UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 08-495-KSF

MW UNIVERSAL, INC.                                                                                            PLAINTIFF

v.                                            **JUDGMENT**

G5 CAPITAL PARTNERS, LLC                                                                        DEFENDANT

\* \* \* \* \* \* \*

In accordance with the opinion and order entered contemporaneously with this judgment, the Court HEREBY ORDERS AND ADJUDGES that:

(1)   summary judgment is entered in favor of Plaintiff on all its claims;

(2)   Defendant is liable to Plaintiff in the amount of $6,900,000.00;

(3)   this judgment is final and appealable and no just cause for delay exists;

(4)   this matter is STRICKEN from the active docket; and

(5)   The Clerk of Court shall serve this Judgment upon Defendant, by certified mail, return receipt requested, at the following addresses:

G5 Capital Partners, LLC
641 Lexington Avenue
New York, NY 10022

G5 Capital Partners, LLC
c/o John Grambling, Jr.
P.O. Box 701
New York, NY 10150-0701

John Grambling, Jr.
273 Chestnut Hill Rd.
Stone Ridge, NY 12484

This February 21, 2012.



Signed By:

*Karl S. Forester* K S F

**United States Senior Judge**